PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., WHITFIELD, BUFORD and ADAMS, JJ., concur.

HANNAH O. DAVENPORT, joined by her husband, F. J. DAVENPORT, and F. J. DAVENPORT, individually, v. RICHARDS STORE COMPANY, a corporation.

9 So. (2nd) 725                                   En Banc
September 29, 1942

Halsted L. Ritter, for appellant.
Chappell & Brown, for appellee.

PER CURIAM:

This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for

the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the circuit court be, and the same is hereby affirmed.

Affirmed.

BROWN, C. J., TERRELL, BUFORD, CHAPMAN, THOMAS, and ADAMS, JJ., concur.

WHITFIELD, J., dissents.

META M. JOHNSON, individually and as next friend and natural guardian of FRANCES ANNE MITCHELL, a minor, v. MIDLAND CONSTRUCTORS, INC., a corporation, NEW AMSTERDAM CASUALTY COMPANY, a corporation, and THE FLORIDA INDUSTRIAL COMMISSION.

9 So. (2nd) 726                                    Division A
September 29, 1942